[No. 30292-2-I. Division One. October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
JAMES WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06260-5, Arthur E. Piehler, J., entered
March 13, 1992. *Dismissed* by unpublished per curiam
opinion.

[No. 33372-1-I. Division One. October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
RAY MOSER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04358-5, Patricia H. Aitken, J., entered
August 30, 1993. *Dismissed* by unpublished per curiam
opinion.

[Nos. 33435-2-I; 34933-3-I. Division One. October 30, 1995.]

MID-TOWN LIMITED PARTNERSHIP, *Respondent*, v.
CHRISTIAN LIFE FELLOWSHIP CENTER CHURCH OF GOD,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-14718-0, Charles Burdell, J. Pro Tem.,
entered August 20, 1993 and July 1, 1994. *Affirmed* by un-
published opinion per Kennedy, A.C.J., concurred in by
Coleman, J., and Forrest, J. Pro Tem.

[No. 33499-9-I. Division One. October 30, 1995.]

DAVID R. MORTENSON, ET AL., *Respondent*, v.
WASHINGTON STATE PUBLIC DISCLOSURE COMMISSION,
*Respondent*, JERRY DIERKER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-23010-9, Charles V. Johnson and John
M. Darrah, JJ., and Stephen Gaddis, J. Pro Tem., entered
September 15, 20, and 29, and December 29, 1993. *Affirmed*
by unpublished opinion per Agid, J., concurred in by
Baker, C.J., and Coleman, J.